```
                     UNITED STATES DISTRICT COURT
                        DISTRICT OF NEW JERSEY
_____
                            :
ADAM REED,                  :
                            :
          Petitioner,       :    Civ. No. 20-11523 (NLH)
                            :
     v.                     :    MEMORANDUM OPINION & ORDER
                            :
                            :
BRUCE DAVIS,                :
                            :
          Respondent.       :
_____ :
```

APPEARANCE:

Adam Reed
313270-C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    Petitioner Pro se

Jill S. Mayer, Acting Camden County Prosecutor
Linda A. Shashoua, Acting Assistant Prosecutor
Office of the Camden County Prosecutor
200 Federal Street
Camden, NJ 08103

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Adam Reed filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition on August 28, 2020, see ECF No. 2; and

    WHEREAS, Respondent requests an extension until November 25, 2020 to submit its answer, ECF No. 5,

THEREFORE, IT IS on this __8th__ day of October, 2020

ORDERED that Respondent's request for an extension, ECF No. 5, is granted. The response is due November 25, 2020; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |