```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ADAM REED, | :  |
| Petitioner, | : Civ. No. 20-11523 (NLH) |
| v. | : **MEMORANDUM OPINION & ORDER** |
| BRUCE DAVIS, | : |
| Respondent. | : |

APPEARANCE:

Adam Reed
313270-C
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

    Petitioner Pro se

Jill S. Mayer, Acting Camden County Prosecutor
Linda A. Shashoua, Acting Assistant Prosecutor
Office of the Camden County Prosecutor
200 Federal Street
Camden, NJ 08103

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Adam Reed filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondent submitted its answer on November 25, 2020, ECF No. 7; and

    WHEREAS, Petitioner requests an extension of time to file a response, ECF No. 11,

THEREFORE, IT IS on this ___12th___ day of January, 2021

ORDERED that Petitioner's request for an extension, ECF No. 11, is granted.  The response is due February 5, 2021; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey                            s/ Noel L. Hillman
                                                 NOEL L. HILLMAN, U.S.D.J.